Mrs. Barkman.

RECEIVED AUG 28 2018

8-22-18

Today I was transfered from S.C.I Camphill to S.C.I chester the Address here will be below along with my case nomuber. Thank you for your time

My Case No: 18-CV-1874

Justan Grube NK5042
500 East 4th Street
Chester, P.A. 19013

FILED
AUG 28 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Respectfully
Justan L Grube
/s/ Justin L Grube

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
SCI-CHESTER
500 EAST 4TH STREET
CHESTER, PA 19013

Name: Justen Grube
Number: NK5042

US POSTAGE >> PITNEY BOWES
ZIP 19013 $ 000.47⁰
02 1W
0001386821 AUG 27 2018

Eastern District Of Pennsylvania
Office Of Clerk
C/O Kate Barkman
United States District Court
Philadelphia, PA 19106-9865

Legal Mail

Legal Mail

19106$9999